# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR17, *et al.*,

Plaintiff,

vs.

PARADISE COURT HOMEOWNERS ASSOCIATION, *et al.*,

Defendants.

2:17-cv-01921-RFB-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Extension of Time to Serve Defendants Marylou Fraggetta and Anthony Fraggetta with Summons and Complaint (ECF No. 9). Plaintiff seeks to extend the time to serve the Fraggettas by 4 days, or up to and including October 16, 2017. *Id.*

On August 9, 2017, the parties reached a settlement through mediation. *Id.* The completion of settlement extended beyond the last day to effectuate service on October 11, 2017, which caused Plaintiff to serve Defendants Marylou Fraggetta and Anthony Fraggetta with the Summons and Complaint. The Fraggettas were out of town on October 11, 2017 and the Summons and Complaint were served 4 days late on October 16, 2017. Plaintiff has given cause why it was unable to timely effectuate service.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Serve Defendants Marylou Fraggetta and Anthony Fraggetta with Summons and Complaint (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED that a status report must be filed on or before December 29, 2017.

DATED this 3rd day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE