WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Plaintiff,*
*Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2005-AR17, Mortgage Pass-Through Certificates Series 2005-AR17*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR17, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR17,<br><br>Plaintiff,<br><br>vs.<br><br>PARADISE COURT HOMEOWNERS ASSOCIATION; MARYLOU FRAGGETTA, an individual; and ANTHONY FRAGGETTA, an individual;<br><br>Defendant. | Case No.: 2:17-cv-01921-RFB-VCF<br><br>**STIPULATED JUDGMENT FOR QUIET TITLE** |

Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR17, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR17, by and through its counsel of record, Dana Jonathon Nitz, Esq. and Yanxiong Li, Esq., of the law firm Wright, Finlay & Zak, LLP; MARYLOU FRAGGETTA and ANTHONY FRAGGETTA, by and through their counsel of record, Jay Shafer, Esq. of Premier Legal Group; and PARADISE COURT HOMEOWNERS

ASSOCIATION, by and through its counsel of record, Christopher Lund, Esq. of Tyson & Mendes, hereby jointly agree, stipulate, and authorize entry of a stipulated judgment as follows:

## II. STIPULATED FACTS

1. DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR17, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR17 ("Deutsche Bank") is a national banking association, with its main office located in California, organized and existing under the laws of the United States. Ocwen Loan Servicing, LLC is the servicing agent and attorney-in-fact for Deutsche Bank, the beneficiary of the first Deed of Trust encumbering real property located at 1065 Pleasure Ln #1, Henderson, Nevada 89002 with APN: 179-34-713-070 (hereinafter, the "Property"), and legally described as:

Parcel I: Unit 1 (1) in Building 24 (24) of Final Map of Paradise Court, (a Common Interest Community), as shown by Map thereof on file in Book 116 of Plats, Page 33, in the office of the County Recorder of Clark County, Nevada; TOGETHER WITH associated Garage Unit, as set forth in that certain Declaration of Covenant, Conditions, and Restrictions and Reservation of Easements of Paradise Court, recorded May 18, 2004 in Book 20040518 as Document No. 01999, Official Records.

Parcel II: A non-exclusive right and easement of ingress and egress and of use in, to, and over all common elements, including, but not limited to, private streets, as defined in and subject to the Declaration, which are appurtenant to Parcel I described above.

Parcel III: The exclusive right of use, possession, and occupancy of those portions of above-referenced Plat as designated as exclusive use areas and limited common elements, including, but not limited to, Yard Component, as defined in and subject to the Declaration, which are appurtenant to Parcel I described above.

2. MARYLOU FRAGGETTA ("Ms. Fraggetta") is an individual who owns property located in Clark County, Nevada.

3. ANTHONY FRAGGETTA ("Mr. Fraggetta") is an individual who owns property located in Clark County, Nevada.

4. PARADISE COURT HOMEOWNERS ASSOCIATION (hereinafter the "HOA") is a Nevada non-profit corporation, licensed to do business in the State of Nevada, and was the homeowners association that foreclosed on the Property.

5. The real property subject to this dispute is located in Clark County, Nevada. Thus, jurisdiction and venue are proper in this Court.

6. On or about May 25, 2005, Ms. Fraggetta purchased the Property. A Grant Bargain and Sale Deed conveying the Property to her was recorded with the Clark County Recorder as Instrument Number 200505250003521.

7. To finance her purchase of the Property, Ms. Fraggetta executed a promissory note in the amount of $172,441.00 payable to DHI Mortgage Company, Ltd. ("Note").

8. To secure the Fraggetta Note, Ms. Fraggetta executed a deed of trust ("Deed of Trust"), which was recorded on May 25, 2005, in the Official Records of Clark, County Nevada as Instrument Number 200505250003522.

9. On March 27, 2017, a Corporate Assignment of Deed of Trust was recorded in the Official Records of Clark, County Nevada as Instrument Number 20170327-0001243, by which Mortgage Electronic Registration Systems, Inc. assigned the Deed of Trust to Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2005-AR17, Mortgage Pass-Through Certificates Series 2005-AR17.

10. On February 11, 2011, a Notice of Delinquent Assessment was recorded against the Property by Nevada Association Services, Inc. ("HOA Trustee") on behalf of the HOA in the Official Records of Clark, County Nevada as Instrument Number 201102110000028.

11. On April 4, 2011, a Notice of Default and Election to Sell Under Homeowners Association Lien was recorded against the Property by the HOA Trustee on behalf of the HOA in the Official Records of Clark, County Nevada as Instrument Number 201104040000943.

12. On August 16, 2011, a Notice of Foreclosure Sale was recorded against the Property by the HOA Trustee on behalf of the HOA in the Official Records of Clark, County Nevada as Instrument Number 201108160001083.

13. On August 17, 2012, a second Notice of Foreclosure Sale was recorded against the Property by the HOA Trustee on behalf of the HOA 201208170001645.

14. On November 19, 2012, a Foreclosure Deed was recorded against the Property in the Official Records of Clark, County Nevada as Instrument Number 201211190001854. Pursuant to the Foreclosure Deed, a non-judicial foreclosure sale occurred on November 2, 2012 (hereinafter, the "HOA Sale"), whereby HOA acquired interest to the Property for a credit bid of $8,722.75.

15. On December 7, 2015, a Quitclaim Deed was recorded against the Property in the Official Records of Clark, County Nevada as Instrument Number 201512070002062. Pursuant to the Quitclaim Deed, HOA transferred all of its rights, claims and interest in the Property to Ms. Fragetta, a single woman and Mr. Fraggetta, a single man, as joint tenant with right of survivorship.

16. On July 13, 2017, Deutsche Bank filed a Complaint to set aside the HOA Sale, or alternatively, for declaration that the HOA Sale did not extinguish its Deed of Trust.

17. HOA has not appeared in the instant action.

18. The parties have now come to a resolution regarding their respective claims and interest in the Property.

19. The parties have or will execute a settlement agreement.

20. **IT IS HEREBY STIPULATED AND AGREED** that title to the Property is vested in MARYLOU FRAGGETTA, a single woman and ANTHONY FRAGGETTA, a single man, as joint tenants with right of survivorship subject to Deutsche Bank's Deed of Trust.

21. **IT IS HEREBY STIPULATED AND AGREED** that the HOA does not claim any interest in the Property.

22. **IT IS HEREBY STIPULATED AND AGREED** that the November 2, 2012 HOA Sale did not affect any interest and rights Deutsche Bank has in the Property, including the validity, priority and enforceability of Deutsche Bank's Deed of Trust.

23. **IT IS FURTHER STIPULATED AND AGREED** that the above-referenced matter, with regard to the remaining claims for relief asserted against Ms. Fraggetta and Mr. Fraggetta, shall be dismissed with prejudice.

24. **IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the parties.

25. **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in <u>no way</u> intended to impair the rights of Deutsche Bank (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all other remedies against Ms. Fraggetta, as defined in the Deed of Trust and/or Note, that Deutsche Bank (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note and Deed of Trust, including the right to judicially or non-judicially foreclose or otherwise enforce the Deed of Trust against the Property.

26. **IT IS FURTHER STIPULATED AND AGREED** that, this Stipulation and Order is in <u>no way</u> intended to impair the rights or defenses of Ms. Fraggetta (or her agent or successor(s) in interest in the subject Property) to pursue any and all other remedies or to defend against any remedies any party may have relating to the Note and Deed of Trust.

27. **IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney's fees and costs.

///
///
///

28. **IT IS FURTHER STIPULATED AND AGREED** that a copy of this Order may be recorded with the Clark County Recorder.

Dated this 5th day of December, 2017

 /s/ Yanxiong Li, Esq.
Dana Jonathon Nitz, Esq.
(NV Bar No. 00050)
Yanxiong Li, Esq.(NV Bar No. 12807)
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Ste. 200
Las Vegas, Nevada  89117
*Attorneys for Plaintiff*

Dated this 5th day of December, 2017

 /s/ Jay A. Shafer, Esq.
Jay A. Shafer, Esq. (NV Bar No.  9184)
Premier Legal Group
1333 N. Buffalo Dr., Un. 210
Las Vegas, Nevada 89128
*Attorneys for Marylou Fraggetta and Anthony Fraggetta*

Dated this 5th day of December, 2017

 /s/ Christopher A. Lund, Esq.
Christopher A. Lund, Esq.
(NV Bar No. 12435)
Tyson & Mendes LLP
8275 S. Eastern Ave., Ste. 115
Las Vegas, Nevada 89123
*Attorneys for Paradise Court Homeowners Association*

## ORDER

Based on the foregoing Stipulation by and between the parties, and good cause appearing, IT IS SO ORDERED.

Dated: January 22, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:17-cv-01921-RFB-VCF

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

 /s/ Yanxiong Li, Esq.
Yanxiong Li, Esq.
7785 W. Sahara Ave., Ste. 200
Las Vegas, Nevada  89117
*Attorneys for Plaintiff*